NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERVET INC., MERCK & CO., INC.,**
*Appellants*

**v.**

**E.I. DUPONT DE NEMOURS & COMPANY,**
*Appellee*

---

2016-2131

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 106,016.

---

**JUDGMENT**

---

JANELLE WAACK, Bass, Berry & Sims, PLC, Washington, DC, argued for appellants. Also represented by TERRY LYNN CLARK, BRIAN IVERSON; RICHARD GREGORY PARKER, Nashville, TN.

FRANK G. SMITH, III, Alston & Bird LLP, Atlanta, GA, argued for appellee. Also represented by MATTHEW WOLFF HOWELL; ROBERT STEPHEN RIGG, Vedder Price PC, Chicago, IL; THOMAS J. KOWALSKI, New York, NY; JUDY DE LEON JARECKI-BLACK, Merial Inc., Duluth, GA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 3, 2017          /s/ Peter R. Marksteiner
Date              Peter R. Marksteiner
                 Clerk of Court